# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720, *et al.*, | Case No. 2:11-CV-01224-KJD-PAL  **ORDER** |
| Plaintiffs, | |
| v. | |
| ROBERT CHERRIE, | |
| Defendant. | |

Plaintiffs' Complaint (#1) was filed July 28, 2011. Service of the summons and complaint was executed on Defendant on August 10, 2011. Defendant's answer was due on August 31, 2011. However, Defendant has failed to answer or otherwise respond to the complaint. The Clerk of the Court entered default (#8) against Defendant on October 19, 2011. Therefore, the Court orders Plaintiffs to file a status report, motion for default judgment or notice of voluntarily dismissal no later than January 20, 2012.

**IT IS SO ORDERED.**

DATED this 28th day of December 2011.

Kent J. Dawson
United States District Judge