**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CHERRIE, an individual,<br><br>Defendant. | Case No. 2:11-cv-01224-KJD-PAL<br><br><br><br><br><br>**ORDER ON MOTION FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Robert Cherrie, an individual. Default has been entered against Robert Cherrie, and the Court having reviewed the documents on file in this case and being fully advised:

1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Robert Cherrie, in the amount of $406,507 representing delinquent contributions, liquidated damages, interest, administrative fees, attorney's fees and costs, costs to execute on the judgment and court costs to the Plaintiffs.

DATED this 24th day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

2